113 A.3d 1215

IN THE MATTER OF YOUNG MIN KIM, AN ATTORNEY AT LAW (ATTORNEY NO. 045492006).

May 20, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–131 concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **YOUNG MIN KIM** of **FORT LEE,** who was admitted to the bar of this State in 2006, should be censured for violating *RPC* 8.1(b) and *Rule* 1:20–3(g)(3) and (f) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **YOUNG MIN KIM** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.